DRATH | MURPHY LLP
JOHN M. DRATH (CSB NO. 045031)
RAY Z. BACERDO (CSB NO. 139221)
1999 Harrison Street, Suite 700
Oakland, California  94612-3517
Telephone:  (510) 287-4000
Facsimile:  (510) 287-4050

Attorneys for Defendants
MJ HECKER & ASSOCIATES, P.C. and
MARTIN J. HECKER, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL GERONA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MJ HECKER & ASSOCIATES, P.C. and MARTIN J. HECKER, an individual,<br><br>  Defendants. | CASE NO.: CV 09-4451 EMC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT  ; ORDER |

   WHEREAS, Plaintiff DANIEL GERONA filed his Complaint on September 22, 2009;

   WHEREAS, Plaintiff DANIEL GERONA served the Summons and his Complaint on Defendants MJ HECKER & ASSOCIATES, P.C. and MARTIN J. HECKER, an individual, on October 1, 2009, thereby making the Defendants' time to file a responsive pleading due on or before October 21, 2009;

   WHEREAS, the Plaintiff and Defendants, through their respective counsel, hereby stipulate to extend the time for Defendants MJ HECKER & ASSOCIATES, P.C. and

/ / /

/ / /

/ / /

---
1
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT

1 | MARTIN J. HECKER, an individual, to file an answer up to and including October 30, 2009, on
2 | the basis that additional time is necessary as Defendants are located in the State of Colorado.
3 |
4 | DATED: October 22, 2009                    THE BERG LAW GROUP
5 |
6 |                                            By: _____
7 |                                               Irving L. Berg
                                                  Attorneys for Plaintiff, DANIEL GERONA
8 | DATED: October 22, 2009                    DRATH | MURPHY LLP
9 |
10|                                            By: _____
11|                                               Ray Z. Bacerdo
                                                  Attorneys for Defendants MJ HECKER &
                                                  ASSOCIATES, P.C. and MARTIN J.
12|                                               HECKER, an individual
13|
14|                                  **ORDER**
15|     GOOD CAUSE EXISTING FOR THE TIME EXTENSION, THE STIPULATION IS
16| HEREBY APPROVED.
17|
18| Dated: _____October 23, 2009_____
19|                                            _____
20|                                            IT IS SO ORDERED
                                               Judge Edward M. Chen
21| R:\71C3248\ppstipext001.rzb.wpd
22|
...
28|

2

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT

**PROOF OF SERVICE**
*Daniel Gerona, et al. v. MJ Hecker & Associates, P.C., et al.*
USDC, Northern Dist. of California - Case No. CV 09-4451 EMC

I, the undersigned, declare as follows:

I am a citizen of the United States, employed in Alameda County, California, over the age of eighteen (18) years, and I am not a party to the within action or proceeding. My business address is 1999 Harrison Street, Suite 700, Oakland, California 94612.

On the date indicated below I served a copy of the attached STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT on the following addresee(s):

>Irving L. Berg, Esq.
>The Berg Law Group
>145 Town Center, PMB 493
>Corte Madera, CA   94925
>Telephone: (415) 924-0742
>Facsimile:  (415) 891-8208
>e-mail: irvberg@comcast.net
>
>Attorneys for Plaintiff DANIEL
>GERONA, individually and on
>behalf of all others similarly situated

__X__ **VIA U.S. MAIL**: I placed a true copy of the above-referenced document(s) in a sealed envelope with postage thereon fully prepaid for first-class mail, for collection and mailing at Oakland, California, following ordinary business practices. I am readily familiar with the practice of Drath | Murphy, LLP for processing of correspondence, said practice being in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

____ **VIA OVERNIGHT DELIVERY**: I placed the above-referenced document(s) in the appropriate envelope(s) designated by the express service carrier utilized for overnight delivery, addressed as indicated above. I am readily familiar with the firm's practice of collecting and processing documents intended for overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery.

____ **VIA PERSONAL DELIVERY**: I placed a true copy(ies) thereof in a sealed envelope(s) and caused said envelope(s) to be delivered by hand to the address(s) noted above, during normal business hours.

____ **VIA FACSIMILE TRANSMISSION**: I caused the above document(s) to be transmitted via facsimile to the number indicated above by the above addressee(s).

____ **VIA E-MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful

1 |     I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct.

    Executed on October 23, 2009, at Oakland, California..


Al Garcia