Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL GERONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MJ HECKER & ASSOCIATES, P.C. and MARTIN J. HECKER, an individual,<br>Defendants. | Case No.: CV 09-4451 EMC<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

## I. **RECITALS**

A.  On or about September 16, 2009, Plaintiff Daniel Gerona ("Plaintiff") commenced this action against defendants M. J. Hecker & Associates, P.C., and Martin J. Hecker, an individual, as a class action.

B.  Plaintiff has not moved for class certification, the case has not gotten any publicity, and counsel is not aware of any putative class members who have relied upon this action.

C.  The parties have settled this case on an individual basis, and have agreed to dismissal of this case with prejudice, as to Plaintiff only, and without prejudice as to any class member that may be identified in the future.

## II. **STIPULATION**

Based on the foregoing, the parties, through their respective counsel, hereby stipulate and agree to dismiss this action with prejudice. The claims of the putative class members shall not

NOTICE OF DISMISSAL OF ACTION                      CASE NO. CV 09-4451 EMC

1

be affected, except for Plaintiff.

Dated: 2/08/10         /s/
                       Irving L. Berg
                       THE BERG LAW GROUP

                       Attorney for Plaintiff

Dated: 2/08/10     By: /s/
                       Raymon Z Bacerdo
                       BISHOP & BARRY, DRATH, LLP

                       Attorney for Defendants

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



NOTICE OF DISMISSAL OF ACTION                CASE NO. CV 09-4451 EMC

2